Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| Donna Rogers, | ) | |
|---|---|---|
| | ) | 1:06-CV-1167 LJO NEW (DLB) |
| Plaintiff, | ) | STIPULATION AND ORDER TO DISMISS |
| vs. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on August 26, 2006 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: May 2, 2007         /s/ Gina Fazio

                                            GINA FAZIO, ESQ.
                                            Attorney for Plaintiff

Dated: May 4, 2007

                                            MCGREGOR SCOTT

1
2
3
4

United States Attorney

By: /s/ Jaime L. Preciado
(as authorized via facsimile)
JAIME L. PRECIADO
Assistant Regional Counsel

5
6
7

PURSUANT TO THE ABOVE STIPULATION, AND ON THE BASIS SO STATED, THE MATTER IS DISMISSED IN ITS ENTIRETY.

8
9
10
11

IT IS SO ORDERED.

**Dated:   May 7, 2007**                              /s/ Lawrence J. O'Neill
12                                                            UNITED STATES DISTRICT JUDGE

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28